The People of the State of New York, Respondent,
against
David Gonzalez, Defendant-Appellant.



In consolidated appeals, defendant appeals from two judgments of the Criminal Court of the City of New York, New York County (Alexander Tisch, J. at pleas; Erika Edwards, J. at sentencing), rendered, respectively, November 17, 2014 and November 18, 2014, convicting him, upon his pleas of guilty, of three counts of forcible touching, and imposing sentence.




Per Curiam.
Judgments of conviction (Alexander Tisch, J. at pleas; Erika Edwards, J. at sentencing), rendered, respectively, November 17, 2014 and November 18, 2014, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders, and, upon an independent review of the record, agree that there is no valid appealable issue that could be raised on appeal.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 13, 2016